**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PAMELA OTIS,** | ) | **CASE NO. 1:09 CV 450** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | <u>**MEMORANDUM OF OPINION**</u> |
| | ) | <u>**AND ORDER**</u> |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Benita Pearson issued on July 24, 2009 (*ECF No. 14*). The R&R recommends that the Court grant the parties' Joint Notice of Voluntary Dismissal of Plaintiff's Complaint without Prejudice (*ECF No. 13*). The Court has reviewed the Magistrate Judge's well-reasoned R&R and hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's recommendation that Plantiff's Complaint be voluntarily **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster     July 27, 2009*
**Dan Aaron Polster**
**United States District Judge**